Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Paragon Industries, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **73-1171712** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **3378 West Highway 117** <br> **Sapulpa, OK 74066** <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Creek** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ |

**7.**  **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_

**8.**  **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**  **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

**10.**  **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☑ No

☐ Yes.

List all cases. If more than 1,
attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **May 21, 2025**
              MM / DD / YYYY

**X** **/s/ Derek Wachob**                                   **Derek Wachob**
Signature of authorized representative of debtor            Printed name

Title   **President and Sole Director**

**18. Signature of attorney**

**X** **/s/ Clayton D. Ketter**                             Date   **May 21, 2025**
Signature of attorney for debtor                                  MM / DD / YYYY

**Clayton D. Ketter 30611**
Printed name

**Phillips Murrah P.C.**
Firm name

**424 NW 10th Street, Suite 300**
**Oklahoma City, OK 73103**
Number, Street, City, State & ZIP Code

Contact phone   **405.235.4100**      Email address   **cdketter@phillipsmurrah.com**

**30611 OK**
Bar number and State

# UNANIMOUS WRITTEN CONSENT OF THE BOARD OF DIRECTORS AND THE SHAREHOLDER OF
# PARAGON INDUSTRIES, INC.

## MAY 19, 2025

The undersigned, being the sole Director and the sole Shareholder of Paragon Industries, Inc. an Oklahoma corporation (the "Company"), hereby consents to taking the following actions and adopting the following resolutions as of the date stated above.

**WHEREAS**, in the judgment of the Board of Directors and the sole Shareholder it is desirable and in the best interests of the Company, as well as the Company's creditors, and other interested parties that a petition be filed by the Company, seeking relief under the provisions of Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code").

**NOW, THEREFORE BE IT RESOLVED** that Derrek Wachob, as the Chief Executive Officer and the sole director of the Company (the "Authorized Officer and Director"), is hereby authorized and directed to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code (the "Chapter 11 Case") on behalf of the Company in a court of proper jurisdiction (the "Bankruptcy Court"), and is authorized and directed to execute, verify, and file on behalf of the Company, all petitions, schedules, lists, motions and other pleadings, papers, agreements, consents or documents, and to take any and all action to obtain any relief of any nature whatsoever, deemed necessary or appropriate by the Authorized Officer and Director, in such forms and at such times as the Authorized Officer and Director may determine.

**RESOLVED FURTHER** that the Authorized Officer and Director and the Shareholder are hereby authorized and directed to employ any other professionals, in the ordinary course or otherwise, to assist the Company in carrying out its duties under the Bankruptcy Code and to take any and all actions to advance the Company's rights and obligations, and in connection therewith, the Authorized Officer and Director, with power of delegation, is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers and fees, and to cause to be filed appropriate applications for authority to retain the services of any other such professionals as necessary.

**RESOLVED FURTHER** that the Shareholder and the Authorized Officer and Director have retained the services of Phillips Murrah law firm to represent the Company in bankruptcy proceedings in the Eastern District of Oklahoma.

**RESOLVED FURTHER** that the Shareholder, the Authorized Officer and Director and Paragon Holdco, Inc., have retained the services of David R. Payne of D. R. Payne & Associates, Inc., for the purpose of providing the Company, the Shareholder and Paragon Holdco, Inc., with services as a Chief Restructuring Officer.

**RESOLVED FURTHER** that the Authorized Officer and Director, is hereby authorized and directed to appear in all bankruptcy meetings and proceedings on behalf of the Company, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the Company in connection with such bankruptcy case.

**RESOLVED FURTHER** that the Authorized Officer and Director is hereby authorized and directed to seek approval of the sale of any or all of the Company's assets, whether in one or more sales, including by way of a Stalking Horse sale, and to seek approval of any related relief such as bid procedure and protections, as well as any other related relief such as the assumption and assignment of executory contracts and unexpired leases, or the rejection of the same.

**RESOLVED FURTHER** that, in addition to the specific authorizations heretofore conferred upon the Authorized Officer and Director, the Authorized Officer and Director (and his designees and delegates) is hereby authorized and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such other and further action, of any kind or nature, and to execute, acknowledge, deliver, and file any and all such agreements certificates, instruments, liens, and other documents and to pay all expenses, including but not limited to filing fees, in the Chapter 11 Case as in such officer's or officers' judgment, shall be necessary, advisable or desirable order to fully carry out the intent and accomplish the purposes of the resolutions adopted herein.

**RESOLVED FURTHER** any and all actions lawfully taken by the officers and directors of the Company and the Authorized Officer and Director or any of the Professionals in connection with the Chapter 11 Cases or proceedings or other matter related thereto, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of the Company.

**RESOLVED FURTHER** that any and all actions, whether previously or subsequently taken by the Authorized Officer and Director, or any other person authorized to act by the Authorized Officer and Director, that are consistent with the intent and purpose of the foregoing resolutions or in connection with any matters referred to herein, shall be, and hereby are, in all respects ratified, approved, and confirmed.

**RESOLVED FURTHER** that these resolutions may be executed and delivered in multiple counterparts and via facsimile or other electronic means, of which taken together shall constitute one and the same instrument.

[Signature page immediately follows.]

IN WITNESS WHEREOF the undersigned, being the sole Director and the sole Shareholder of the Company has duly executed these resolutions as of the date first written above.

**SOLE DIRECTOR:**

By: _____
    Derek Wachob, Director

**SOLE SHAREHOLDER:**

Paragon Intermediate Holdings, Inc.

By: _____
    Derek Wachob, CEO and Sole Director

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Paragon Industries, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF OKLAHOMA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALLIED ENGINEERING and MACHINE PRODUCTS 594 SAWDUST ROAD No 375 THE WOODLANDS, TX 77380** | | **Trade Debt** | | | | **$204,540.00** |
| **AM NS CALVERT LLC 1 AM NS WAY CALVERT, AL 36513** | | **Trade Debt** | | | | **$20,175,073.95** |
| **CHAMPION ENERGY PO BOX 4336 HOUSTON, TX 77210-4336** | | **Trade Debt** | | | | **$935,147.23** |
| **CHICAGO ROLL CO 970 North LOMBARD RD LOMBARD, IL 60148** | | **Trade Debt** | | | | **$265,280.00** |
| **COMMERCIAL STEEL PRODUCTS LLC 3626 North Hall St Suite 910 Dallas, TX 75219** | | **Trade Debt** | | | | **$772,219.42** |
| **EDGEN MURRAY CORP PO BOX 844733 DALLAS, TX 75284-4733** | | **Trade Debt** | | | | **$1,623,872.00** |
| **HECTOM INDUSTRIES INC 440 COBIA DR SUITE 204 KATY, TX 77494** | | **Trade Debt** | | | | **$262,471.50** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| HUB INTERNATIONAL MID-AMERICA 6100 South YALE AVE Suite 1900 TULSA, OK 74136 | | Trade Debt | | | | $293,230.00 |
| INSERPETROL INC 15201 EAST FREEWAY Suite 116 CHANNELVIEW, TX 77530 | | Trade Debt | | | | $1,082,400.42 |
| IPFS CORPORATION PO BOX 730223 DALLAS, TX 75373-0223 | | Trade Debt | | | | $264,729.57 |
| JPF ULTRASONIC TECHNOLOGIES INC PO BOX 2106 CHANNELVIEW, TX 77530 | | Trade Debt | | | | $465,770.37 |
| NUCOR STEEL CORPORATION PO BOX 101140 ATLANTA, GA 30392-1140 | | Trade Debt | | | | $33,720,288.97 |
| OGandE PO BOX 24990 OKLAHOMA CITY, OK 73126-0040 | | Utilities | | | | $603,850.84 |
| SHERWIN WILLIAMS PO BOX 741604 ATLANTA, GA 30374-1604 | | Trade Debt | | | | $218,581.00 |
| TEJAS TUBULAR PRODUCTS INC 8526 GREEN RIVER DRIVE HOUSTON, TX 77028 | | Trade Debt | | | | $680,328.80 |
| TEXAS PIPE WORKS INC PO BOX 2937 LONGVIEW, TX 75606 | | Trade Debt | | | | $240,983.20 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **THERMATOOL CORP 31 COMMERCE STREET EAST HAVEN, CT 06512** | | **Trade Debt** | | | | **$311,124.33** |
| **TRAVELERS 98932 COLLECTIONS CENTER DRIVE CHICAGO, IL 60693-8932** | | **Insurance** | | | | **$289,502.00** |
| **UHS PREMIUM BILLING PO BOX 94017 PALATINE, IL 60094-4017** | | **Trade Debt** | | | | **$366,591.01** |
| **WIT SERVICES** | | **Trade Debt** | | | | **$1,794,527.90** |

**United States Bankruptcy Court**
**Eastern District of Oklahoma**

In re  **Paragon Industries, Inc.**                                    Case No. _____

                                                    Debtor(s)          Chapter     **11**   _____

# VERIFICATION OF CREDITOR MATRIX

I, the President and Sole Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **May 21, 2025**                          **/s/ Derek Wachob**

                                                **Derek Wachob**/**President and Sole Director**
                                                Signer/Title

1 WAY LANDSCAPE LLC
936 APACHE DR
DE LEON, TX 76444

A LINDEMANN INC
1005 8TH AVENUE
GLENSHAW, PA 15116

A+ PORTA KANS
NEAL GUTHRIE COMPANIES INC
PO BOX 1
STEPHENVILLE, TX 76401

A1 SHEET METAL
9410 EAST 54TH STREET
TULSA, OK 74145

AAON INC
DEPT 563
TULSA, OK 74182

Abigail Wachob
915 South 45th West Place
Sapulpa, OK 74066

ABSOLUTE CALIBRATION
10386 TANYARD ROAD
WILLIS, TX 77378

Adam Clostio
15180 West Teel Road
Sapulpa, OK 74066

ADDISON MACHINE ENGINEERING
1301 INDUSTRIAL STREET
REEDSBURG, WI 53959-2139

ADP INC
PO BOX 830272
PHILADELPHIA, PA 19182-0272

AGRILAND FS INC
421 North 10TH ST
WINTERSET, IA 50273

AIR POWER SALES and SERVICE LLC
823 West MARSHALL AVE
LONGVIEW, TX 75601

AIR SYSTEMS and PUMP SOLUTIONS LLC
PO BOX 650558
DALLAS, TX 75265-0558

AKERMAN LLP
PO BOX 4906
ORLANDO, FL 32802

AKIN PEST CONTROL and LAWN CARE
PO BOX 892
COMANCHE, TX 76442

Alexis Brito
950 West 138th Place
Glenpool, OK 74033

Alfredo Maldonado
2807 South Cedar Street
Sapulpa, OK 74066

ALLIED ENGINEERING and MACHINE PRODUCTS
594 SAWDUST ROAD  No 375
THE WOODLANDS, TX 77380

ALLREDI
PO BOX 670560
DALLAS, TX 75267-0560

ALRO STEEL CORPORATION
24876 NETWORK PLACE
CHICAGO, IL 60673-1248

AM NS CALVERT LLC
1 AM NS WAY
CALVERT, AL 36513

Amarillo National Bank
PO Box 1
Amarillo, TX 79105

AMERICAN ENVIRON LANDFILL
1420 West 35TH ST Suite B
TULSA, OK 74107-3814

AMERICAN FIRE SPRINKLER ASSOCIATION
12750 MERIT DRIVE Suite 350
DALLAS, TX 75251

AMERICAN PETROLEUM
PO BOX 1425
MERRIFIELD, VA 22116-1425

Ana Alvarez
1932 South Lions Avenue
Broken Arrow, OK 74012

ANCHOR PAINT MFG CO
6707 East 14TH ST
TULSA, OK 74112

ANCHOR STONE CO
DEPARTMENT 1994
TULSA, OK 74182

AP FBO INTEGRITY STAFFING SOLUTIONS
PO BOX 31001-2434
PASADENA, CA 91110-2434

ARGUS MEDIA INC
2929 ALLEN PARKWAY Suite 1800
HOUSTON, TX 77019

Armando Garza
317 North S Street
Muskogee, OK 74403

ASCENT SOLUTIONS
PO BOX 402
DAVENPORT, OK 74026

ATandT
PO BOX 105414
ATLANTA, GA 30348-5414

ATandT MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATMOS ENERGY CORPORATON
PO BOX 630872
CINCINNATI, OH 45263-0872

Austin Curry
20590 Garfield Road
Okmulgee, OK 74447

BARRETT JACKSON AUCTION CO LLC
7400 East MONTE CRISTO AVE
SCOTTSDALE, AZ 85260

BARROW and GRIMM PC
110 WEST 7TH ST Suite 900
Tulsa, OK 74119-1044

BESTOLIFE RSR
PO BOX 846127
DALLAS, TX 75284-6127

BIG RIVER STEEL LLC
2027 EAST STATE HWY 198
OSCEOLA, AR 72370

```
BLACKHAWK INDUSTRIAL
DEPT 41923
PO BOX 650823
DALLAS, TX 75265-0823

BLUE SKY SUPPLY INC
18 North MAYBELLE AVE
TULSA, OK 74127

BLUECROSS BLUESHIELD OF OKLAHOMA
PO BOX 650615
DALLAS, TX 75265-0615

BRADY
7055 LINDELL ROAD
LAS VEGAS, NV 89118

BRAINERD CHEMICAL CO
PO BOX 52160
Tulsa, OK 74152-2160

BRANER USA INC
9301 West BERNICE STREET
SCHILLER PARK, IL 60176

BREWER RUSSELL EXTERMINATING CO
PO BOX 824
GLENPOOL, OK 74033

BROKEN ARROW ELECTRIC
PO BOX 22105
TULSA, OK 74121

Bryan Shook
13314 South 19th Street
Bixby, OK 74008

BUTECH BLISS
550 S ELLSWORTH AVE
SALEM, OH 44460

Byline Bank
13925 West North Avenue
Brookfield, WI 53005

C G MARTIN CO INC
PO BOX 9345
TULSA, OK 74157-0345

CAPLUGS
PROTECTIVE INDUSTRIES
PO BOX 1693
CAROL STREAM, IL 60132-1693
```

CARBIDE SPECIALISTS INC
21792 East WALLIS DRIVE
PORTER, TX 77365

CARDS EASTERN OK LLC
PO BOX 775
TONTITOWN, AR 72770

Carol Wachob
3101 East Hancock
Muskogee, OK 74403

CARPENTER DIRT WORK INC
1474 OAK HILL TRL
STEPHENVILLE, TX 76401

CARPENTER WELDING and MACHINE INC
PO BOX 620
HICO, TX 76457-0350

CARQUEST AUTO PARTS CO
1345 West SOUTH LOOP
STEPHENVILLE, TX 76401

CARTWRIGHT LAWN CARE
2323 West 91ST ST
TULSA, OK 74132-3517

CENTECH INC
2009 CR 180
STEPHENVILLE, TX 76401

Cesar Fernandez
1360 West Keeling Avenue
Sapulpa, OK 74066

CHAMPION ENERGY
PO BOX 4336
HOUSTON, TX 77210-4336

CHARLEY SUMMERS
3439 CRITTENDEN ST
ST LOUIS, MO 63118

CHEROKEE HOSE and SUPPLY
PO BOX 1580
OAKHURST, OK 74050

CHICAGO ROLL CO
970 North LOMBARD RD
LOMBARD, IL 60148

CHRISTOPHER BARTON
8627 East 127
WETUMKA, OK 74883

Christopher Greenhaw
712 West Moore
Henryetta, OK 74437

CITY OF MUSK
PO BOX 1927
MUSKOGEE, OK 74402-1927

CITY OF SAPULPA
UTILITY BILLING
PO BOX 1130
SAPULPA, OK 74067-1130

CITY OF STEPHENVILLE
298 West WASHINGTON
STEPHENVILLE, TX 76401

CITY OF TULSA UTILITIES
175 East 2nd Street Suite 1405
TULSA, OK 74103

COBRA SOLUTIONS INC
4500 South LAKESHORE DRIVE
No 420
TEMPE, AZ 85282

COMCAST
PO BOX 37601
Philadelphia, PA 19101-0601

COMMERCIAL STEEL PRODUCTS LLC
3626 North Hall St
Suite 910
Dallas, TX 75219

COMMITTEE ON PIPE and TUBE IMPORTS
900 SEVENTY STREET NW
SUITE 500
WASHINGTON, DC 20001

CONKLIN GILPIN and WERTZ
2738 East 51st
SUITE 370
TULSA, OK 74105

CONPERIO INC
530 FARRINGTON STREET
TERRE HAUTE, IN 47807

CONSTELLATION NEWENERGY-GAS DIVISION
PO BOX 5473
CAROL STREAM, IL 60197-5473

CONTINENTAL INDUSTRIAL
PO BOX 425
BROKEN ARROW, OK 74013-0425

COOLRAYS LLC
414 East INDUSTRIAL S
INOLA, OK 74036

COX COMMUNICATIONS
PO BOX 650991
DALLAS, TX 75265-0991

Craig Alexander
14020 South 18th Street
Bixby, OK 74008

Craig Palmer
11946 South Ash
Jenks, OK 74037

CREEK COUNTY TREASURER
RICK ENGLEMAN
317 East LEE ROOM 201
SAPULPA, OK 74066-4342

CREEK COUNTY WATER
2425 West 121ST STREET
JENKS, OK 74037-6904

CROWN PRODUCTS INC
DEPT NO 1605
PO BOX 100
BIXBY, OK 74008-0100

CRW CONTRACTING INC
2797 East WASHINGTON ST
STEPHENVILLE, TX 76401

CTAP LLC
2585 TRAILRIDGE DRIVE E
LAFAYETTE, CO 80026

Curtis Leos
6636 East 27th Street
Tulsa, OK 74129

CYCLONIC VALVE
2349 West VANCOUVER
BROKEN ARROW, OK 74012

CYNJOE POLYURETHANE
PO BOX 988
NAVASOTA, TX 77868-9998

D and P TECHNOLOGIES INC
5715 MARTHA LANE
HOUSTON, TX 77032

Darrick Robinson
1717 South Memorial Drive Apt 126
Tulsa, OK 74112

DATASITE LLC
PO BOX 74007252
CHICAGO, IL 60674-7252

DAVID R WIDDOES ESQ
PO BOX 731
SAPULPA, OK 74067

DELTA DENTAL OF OKLAHOMA
PO BOX 960020
OKLAHOMA CITY, OK 73196-0020

Dena Wachob
201 North Edmond
Muskogee, OK 74403

DEPARTMENT OF
ENVIRONMENTAL QUALITY
PO BOX 2036
OKLAHOMA CITY, OK 73101

Derek Wachob
915 South 45th West Place
Sapulpa, OK 74066

Devin Ford
3320 Woodland Road
Bartlesville, OK 74006

DIAMOND VOGEL
PO BOX 380
ORANGE CITY, IA 51041

Dianna Hayne
920 West 111th Street
Jenks, OK 74037

DIENES CORPORATION
27 WEST MAIN ST
SPENCER, MA 01562-2498

DONNIE JOINER
101 LOCUST LN
HIGHLANDS, NC 28741

```
DOWELL HARDWARE and THE HOME PLACE
1491 West SOUTH LOOP
STEPHENVILLE, TX 76401

DUPUY OXYGEN
PO BOX 7833
WACO, TX 76714-7833

Dustin Samuel
10943 West 71st Street South
Sapulpa, OK 74066

ECONOMY LUMBER CO
4221 East PINE STREET
TULSA, OK 74115

EDGEN MURRAY CORP
PO BOX 844733
DALLAS, TX 75284-4733

Edward Harbaugh
6715 East 26th Place
Tulsa, OK 74129

ELEMENT OIL TOOLS INC
3819 KERMIT HWY
ODESSA, TX 79764

Eli Behn Jr
26887 East 142nd Place South
Coweta, OK 74429

ELLIOTT ELECTRIC SUPPLY
PO BOX 206524
DALLAS, TX 75320-6524

EMPLOY INC
PO BOX 208262
DALLAS, TX 75320-8262

ENRX
PO BOX 659
BUCKLEY, WA 98321

ENRX CORPORATION
31511 DEQUINDRE RD
MADISON HEIGHTS, MI 48071

ERATH COUNTY TAX ASSESSOR COLLECTOR
222 East College
STEPHENVILLE, TX 76401

Estimate to Trick Petition
```

ETHAN PARKER
8526 East 123RD
Wetumka, OK 74883

EVOQUA WATER TECHNOLOGIES LLC
28563 NETWORK PLACE
CHICAGO, IL 60673-1285

EXCEL INDUSTRIAL ELECTRONICS INC
PO BOX 46009
MOUNT CLEMENS, MI 48046-6009

FASTENAL COMPANY
PO BOX 1286
WINONA, MN 55987-1286

FED EX FREIGHT EAST
DEPT CH PO BOX 10306
PALATINE, IL 60055-0306

FEDERAL EXPRESS CORP
PO BOX 660481
DALLAS, TX 75266-0481

FIRE STAR ALARM and COMMUNICATIONS INC
6333 AIRPORT FREEWAY Suite 220
FORT WORTH, TX 76117

FORTECH PRODUCTS INC
7600 KENSINGTON CT
BRIGHTON, MI 48116

FROST OIL COMPANY
PO BOX 604112
CHARLOTTE, NC 28260

Gabriel Lane
304 Fairway Drive
Broken Arrow, OK 74011

Gary Sivadon
135 South Pine Street
Kellyville, OK 74039

GB TUBULARS
HOU 1106
PO BOX 650998
DALLAS, TX 75265-0998

George Harper
809 Kingsway
Muskogee, OK 74403

GRACE STEWART

```
GRAINGER
PO BOX 419267
DEPT 831275797
KANSAS CITY, MO 64141-6267

Gregory Adams
9593 Abby Road
Beggs, OK 74421

GROVES INDUSTRIAL
PO BOX 200070
DALLAS, TX 75320-0070

Guadalupe Figueiras
316 Pioneer Road
Sapulpa, OK 74066

GULF TECH
7909 HARBORSIDE DRIVE
GALVESTON, TX 77554

GW VAN KEPPEL CO
PO BOX 879515
KANSAS CITY, MO 64187-9515

HALO BRANDED SOLUTIONS
3182 MOMENTUM PLACE
CHICAGO, IL 60689-5331

Harley Hausam
1311 East 140th Street
Glenpool, OK 74033

HARTER SECREST and EMERY LLP
1600 BAUSCH and LOMB PLACE
ROCHESTER, NY 14604-2711

HD SUPPLY
PO BOX 844727
DALLAS, TX 75284-4727

HECTOM INDUSTRIES INC
440 COBIA DR SUITE 204
KATY, TX 77494

HOIST PARTS INC
DBA OMI CRANE SERVICES
PO BOX 1719
ROCKWALL, TX 75087

HOLLON FIRE PROTECTION LLC
15750 E 590 ROAD
INOLA, OK 74036
```

HOLLOWAY WIRE ROPE SER
PO BOX 2670
CATOOSA, OK 74015-2670

HOUCHIN ELECTRIC CO INC
PO BOX 471347
TULSA, OK 74147-1347

HUB INTERNATIONAL MID-AMERICA
6100 South YALE AVE Suite 1900
TULSA, OK 74136

HUGG and HALL
PO BOX 194110
LITTLE ROCK, AR 72219-4110

HYDRADYNE HYDRAULICS LLC
PO BOX 974799
DALLAS, TX 75397-4799

HYDRAQUIP CORPORATION
PO BOX 676684
DALLAS, TX 75267-6684

IBT
PO BOX 873065
KANSAS CITY, MO 64187-3065

IMAJENUS INC
322 NORTH MAIN ST
BROKEN ARROW, OK 74012

INDUSTRIAL INSPECTION SYSTEMS LTD
132 COMMERCE PARK DR Unit K Suite 216
BARRIE, ON L4N 0Z7

INSERPETROL INC
15201 EAST FREEWAY Suite 116
CHANNELVIEW, TX 77530

INSPECTECH ANALYGAS GROUP INC
450 MIDWEST ROAD
SCARBOROUGH, ON M1P3A9

INSTRON CORP
75 REMITTANCE DRIVE Suite 6826
CHICAGO, IL 60675-6826

INT'L KNIFE and SAW
PO BOX 7588
FLORENCE, SC 29502

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101

Internal Revenue Service
Bankruptcy Department
55 North Robinson
Oklahoma City, OK 73102

INTERSTATE BATTERY SYSTEM OF TULSA
1328 N 105TH E AVE
Tulsa, OK 74116

INTERSTATE ELECTRIC CORP
PO BOX 668
SAND SPRINGS, OK 74063

INTERSTATE STEEL and METALS INC
2100 N LEWIS AVE
TULSA, OK 74110-2117

IPFS CORPORATION
PO BOX 730223
DALLAS, TX 75373-0223

Ismael Serna Gomez
1560 North Louisville Avenue
Tulsa, OK 74115

Israel Orbe
11632 East 28th Street
Tulsa, OK 74129

Isrrael Rodriguez
1823 Glendale Road
Sapulpa, OK 74066

J and L TOOL
PO BOX 701438
TULSA, OK 74170-1438

James Atkins
518 North Hodge
Sapulpa, OK 74066

James Davenport
21995 East 560 Road
Inola, OK 74036

James Douglas
1502 East Perkins Avenue
Sapulpa, OK 74066

James Fuller
16750 South 3rd West Avenue
Glenpool, OK 74033

James Herrin
6144 Charles Page Blvd
Tulsa, OK 74127

James Wall
2625 Raintree Circle
Sapulpa, OK 74066

JARET BOZEMAN
2587 PATTON RD
DIANA, TX 75640

JC TOOL COMPANY
25702 ALDINE WESTFIELD Rd Suite 101
SPRING, TX 77373

JD YOUNG
PO BOX 3368
Tulsa, OK 74101

JOHNNA COLLINS
PO BOX 143
Sapulpa, OK 74067

Johnny Willingham
508 Sherwood Lane
Muskogee, OK 74403

Jon Martin
13919 South Kenosha Avenue
Glenpool, OK 74033

Jordan Harris
915 South 45th West Place
Sapulpa, OK 74066

Jose Corral
305 Lawrence Street
Muskogee, OK 74403

Jose F Salas
1511 Cardinal Circle
Sapulpa, OK 74066

JPF ULTRASONIC TECHNOLOGIES INC
PO BOX 2106
CHANNELVIEW, TX 77530

Juan Murillo Cruz
13293 East 32nd Court
Tulsa, OK 74134

KENT CORPORATION
PO BOX 5051
GREENBURG, PA 15601-5058

Kevin Tate Sr
513 North Hickory Street
Bristow, OK 74010

KEYSTONE CONTROLS
3963 S HWY 97  No 183
SAND SPRINGS, OK 74063

Kim Akamine
412 North Jackson Street
Fort Gibson, OK 74434

Kimberly Caballero
6335 South 33rd West Avenue Apt 1123
Tulsa, OK 74132

KIRBO'S OFFICE SYSTEMS
PO BOX 2249
BROWNWOOD, TX 76804

LAFERRY'S LP GAS COMPANY
25207 HWY 82
PARK HILL, OK 74451

Lamont McGee
20450 South 270 Road
Morris, OK 74445

LAMPTON WELDING SUPPLY CO
PO BOX 765
WICHITA, KS 67201

Laura Pacheco de Varela
11313 Shortcut Road
Mounds, OK 74047

Linda Wachob
4440 Hillside Drive
Sapulpa, OK 74066

LOVE OIL COMPANY
PO BOX 491
STEPHENVILLE, TX 76401

MAC'S HYDRAULIC INC
PO BOX 471320
TULSA, OK 74147

MACHINE SERVICE INC
1000 ASHWAUBENON STREET
GREEN BAY, WI 54304

MACHINE TOOL SPECIALTIES
5280 South 100TH EAST AVE
TULSA, OK 74146

MALTSBERGER INDUSTRIAL PROPANE GAS
PO BOX 298
CLEVELAND, OK 74020-0298

Marco Villasenor Cruz
254 South 117th East Place
Tulsa, OK 74128

Maria Constantino Botello
6335 South 33rd West Avenue Apt 1123
Tulsa, OK 74132

Maurice Levy
6357 Chamberlyne Drive
Frisco, TX 75034

MAYFIELD PAPER COMPANY
PO BOX 3889
SAN ANGELO, TX 76902

MAZAK CORPORATION
SOUTHWEST HOUSTON
PO BOX 702200
CINCINNATI, OH 45270-2200

McAfee and Taft
8th Floor Two Leadership Square
211 North Robinson
Oklahoma City, OK 73102-7103

McMASTER CARR SUPPLY CO
PO BOX 7690
CHICAGO, IL 60680-7690

METRO MACHINE WORKS
5204 South 49TH W AVE
TULSA, OK 74107

Michael Haefner
36005 West 101st Street South
Mannford, OK 74044

Michael Queen Jr
3224 West 56th Street
Tulsa, OK 74107

MIKE HUDGINS

MILLER INVESTMENTS and PROPERTIES
PO BOX 665
STROUD, OK 74079

MORSE and CO
5121 South WHEELING AVE Suite 200
TULSA, OK 74105

MOTION INDUSTRIES
PO BOX 849737
DALLAS, TX 75284

MSC INDUSTRIAL SUPPLY
PO BOX 953635
ST LOUIS, MO 63195-3635

MUSKOGEE COUNTY TREASURER
SHELLY SUMPTER
PO BOX 1587
MUSKOGEE, OK 74402-1587

MUTUAL OF OMAHA
PAYMENT PROCESSING CENTER
PO BOX 2147
OMAHA, NE 68103-2147

NAKATA MFG CO LTD

NATIONAL MACHINERY LLC
PO BOX 715092
CINCINNATI, OH 45271-5092

NELSON TOOL CORPORATION
388 N COUNTY LINE RD
SUNBURY, OH 43074

NEOSOURCE INC
9422 EAST 55TH PLACE
TULSA, OK 74145

NEW TECH SYSTEMS INC
PO BOX 639
MANSFIELD, TX 76063

NMSI
NAUMANN MACHINING SOLUTIONS INC
PO BOX 1967
SAND SPRINGS, OK 74063

Nora Wachob
915 South 45th West Place
Sapulpa, OK 74066

NORDSON CORPORATION
PO BOX 802586
CHICAGO, IL 60680-2586

NORTHERN SAFETY CO INC
PO BOX 4250
UTICA, NY 13504-4250

NORTHSTAR FABRICATION LLC
21793 EAST ADMIRAL PLACE Suite A
CATOOSA, OK 74015

NUCOR STEEL CORPORATION
PO BOX 101140
ATLANTA, GA 30392-1140

NUCOR STEEL DECATUR
PO BOX 101835
ATLANTA, GA 30392-1835

OAKLEY'S TERMINAL MUSKOGEE
PO BOX 17880
NORTH LITTLE ROCK, AR 72117

Obed Alvarado Aguilar
7937 South 80th East Avenue
Tulsa, OK 74133

OCT EQUIPMENT
PO BOX 270060
OKLAHOMA CITY, OK 73137-0060

ODP BUSINESS SOLUTIONS LLC
PO BOX 660113
DALLAS, TX 75266-0113

OGandE
PO BOX 24990
OKLAHOMA CITY, OK 73126-0040

OK FILTER CO INC
14602 CLEAN AIR DRIVE
TULSA, OK 74116

Oklahoma Employment Security Commission
Service of Process
PO Box 52003
Oklahoma City, OK 73152-2003

Oklahoma Tax Commission
Oklahoma City, OK 73194

ON CALL SERVICES AND RENTALS
2305 South 49th West Ave
Tulsa, OK 74107

OPTIMA STEEL INTERNATIONAL LLC
PO BOX 95730
CHICAGO, IL 60694-5730

OREILLY AUTO PARTS
PO BOX 9464
SPRINGFIELD, MO 65801-9464

P and K EQUIPMENT INC
11518 East 66TH ST N
OWASSO, OK 74055

PARAGON SOUTH LLC

PAUL TRANSPORTATION INC
15202 East ADMIRAL
TULSA, OK 74116

PEARSON INDUSTRIES INC
PO BOX 681360
PRATTVILLE, AL 36068

PITNEY BOWES GLOBAL FINANCIAL SERVICES
PO BOX 981022
Boston, MA 02298-1022

POWER PARTS INTERNATIONAL
742 South INDIANA AVE
West Bend, WI 53095

PRACTUS
11300 TOMAHAWK CREEK PKWY Suite 310
LEAWOOD, KS 66211

PRECISION
11200 MESA DRIVE
HOUSTON, TX 77078

PREGLER LAWN AND GARDEN INC
13200 South ELWOOD AVE
GLENPOOL, OK 74033

PRIME METAL BUILDINGS and COMPONENTS LLC
16134 South US HWY 377
DUBLIN, TX 76446

PRIMETALS TECHNOLOGIES USA LLC
5895 WINDWARD PKWY
ALPHARETTA, GA 30005

PROGRESSIVE LAWN AND PEST
PO BOX 621
JENKS, OK 74037

PT SOLUTIONS
PO BOX 670587
DETROIT, MI 48267-0587

PUBLIC SERVICE COMPANY OF OKLAHOMA
PO BOX 371496
PITTSBURGH, PA 15250-7496

PURCHASE POWER
PO BOX 981026
BOSTON, MA 02298-1026

PURVIS INDUSTRIES
PO BOX 540757
DALLAS, TX 75354

QUIK PRINT
6620 SOUTH LEWIS
TULSA, OK 74136

RAFTER EQUIPMENT CORPORATION
12430 ALAMEDA DR
STRONGSVILLE, OH 44149

RAMBOLL US CONSULTING INC
PO BOX 829681
PHILADELPHA, PA 19182-9681

Randy Klein
9824 East 84th Street
Tulsa, OK 74133

REA ELEKTRONIK INC
7307 YOUNG DRIVE
WALTON HILLS, OH 44146

RED ROCK LEASING LLC
PO BOX 185
GLENPOOL, OK 74033

RELIANT NDT
3551 TEXAS HWY 11
LINDEN, TX 75563

REXEL SUMMERS
PO BOX 840638
DALLAS, TX 75284-0638

RG NDT INTERNATIONAL INC
165 OATES ROAD
HOUSTON, TX 77013

Ricardo Castellanos
9702 East 33rd Street Apt 0102
Tulsa, OK 74146

Richard Hartman
15202 West 18th Place
Sand Springs, OK 74063

Rick Duvall
PO Box 656
Disney, OK 74340

RICOH USA fka IKON
PO Box 660342
DALLAS, TX 75266-0342

RIGGS MACHINE and WELDING INC
307 EAST ROAD
STEPHENVILLE, TX 76401

RIOS BROTHERS CONCRETE AND TREE SERVICE
PO BOX 1741
WEATHERFORD, TX 76086

Robert Chorette
5525 South Yorktown Avenue
Tulsa, OK 74105

ROBVON BACKING RING CO INC
PO BOX 307
FACTORYVILLE, PA 18419

Rodrigo Haro
2636 Hickory Bluff
Sapulpa, OK 74066

Rogelio Baca
120 South Birch Street
Sapulpa, OK 74066

ROMCO EQUIPMENT COMPANY LLC
PO BOX 736957
DALLAS, TX 75373-6957

Ron Shelton
1826 East Line
Sapulpa, OK 74066

RS AMERICAS INC
DALLAS LOCKBOX 841811
DALLAS, TX 75284-1811

RW BRIGHT ARCHITECTS INC
1601 South MAIN  Suite 305
TULSA, OK 74119

SAAR HARTMETALL USA LLC
1009 MARY LAIDLEY DRIVE
COVINGTON, KY 41017

SAFETY KLEEN
PO BOX 975201
DALLAS, TX 75397-5201

SAPULPA DAILY HERALD
PO BOX 1370
SAPULPA, OK 74066

SAPULPA LAUNDRY
6 West BRYAN AVE
SAPULPA, OK 74066

SAPULPA MAIN STREET
108 East DEWEY AVE
SAPULPA, OK 74066

SAWS INTERNATIONAL INC
4929 MARLIN DRIVE
Machesney Park, IL 61115

SCAN SYSTEMS CORP
PO BOX 131808
SPRING, TX 77393

SCHUNK INTEC INC
PO BOX 91023
RALEIGH, NC 27675

SCOTT MACON EQUIPMENT
PO BOX 739123
DALLAS, TX 75373-9123

SHERWIN WILLIAMS
PO BOX 741604
ATLANTA, GA 30374-1604

SHREDDERS INC
PO BOX 570997
TULSA, OK 74157-0997

SIGNODE PACKAGING SYSTEMS
PO BOX 71506
CHICAGO, IL 60694

SKY ELEMENTS
PO BOX 737909
DALLAS, TX 75373-7909

SMITH SUPPLY INC
1765 West SOUTH LOOP
STEPHENVILLE, TX 76401

```
SMITHEY ENVIRONMENTAL SERVICES LLC
PO BOX 757
SAND SPRINGS, OK 74063

Spencer Garden
5508 West 93rd Street
Tulsa, OK 74131

SPICER AND SANDBURG INC
11515 South PORTLAND AVE
OKLAHOMA CITY, OK 73170

SPLENDORA PIPE SERVICES
26670 MIDLINE ROAD
CLEVELAND, TX 77328

SPM OIL and GAS INC
PO BOX 99395
FORT WORTH, TX 76199-0395

SPRINGDALE TRACTOR CO
PO BOX 10198
FAYETTEVILLE, AR 72703

SST FORMING ROLL INC
1318 BUSCH PARKWAY
BUFFALO GROVE, IL 60089

Stacy Woody
608 Foltz Lane
Muskogee, OK 74403

STEPHENVILLE CHAMBER OF COMMERCE
PO BOX 306
STEPHENVILLE, TX 76401

STERICYCLE INC
PO BOX 6575
CAROL STREAM, IL 60197-6575

STOUGH TOOL SALES
PO BOX 140488
BROKEN ARROW, OK 74014

STOUGHCOOL LLC
201 S MAIN STREET SUITE 201
OWASSO, OK 74055

STRESS ENGINEERING SERVICES
13800 WESTFAIR EAST DRIVE
HOUSTON, TX 77041

SUNBELT INDUSTRIAL SERVICES
2425 PARKER RD Bldg 3B
CARROLLTON, TX 75010
```

SUNBELT RENTALS INC
PO BOX 409211
ATLANTA, GA 30384-9211

Sussanna Haefner
36005 West 101st Street South
Mannford, OK 74044

SWEED MACHINERY INC
PO BOX 228
GOLD HILL, OR 97525

SYSTEM SCALE CORP
PO BOX 733482
DALLAS, TX 75373-3482

TAKE TEN TIRE and SERVICE
4701 West 60TH ST
TULSA, OK 74107

TANK TRUCKS INC
PO BOX 569
SAPULPA, OK 74067

TCI COATINGS INC
11400 West 47TH STREET
MINNETONKA, MN 55343

Teddy Harwood
6696 West Canyon Road
Tulsa, OK 74131

TEJAS TUBULAR PRODUCTS INC
8526 GREEN RIVER DRIVE
HOUSTON, TX 77028

Terry Mullins
401 West Galaxy Place
Sapulpa, OK 74066

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 149348
AUSTIN, TX 78714-9348

TEXAS PIPE WORKS INC
PO BOX 2937
LONGVIEW, TX 75606

THE HOGLE CO
101 CALLAHAN ST
MUSKOGEE, OK 74403

THE QUELL COMPANY
12446 South 18TH CIRCLE
JENKS, OK 74037

THE WATER SHOP
625 West LINGLEVILLE ROAD
STEPHENVILLE, TX 76401

THERMATOOL CORP
31 COMMERCE STREET
EAST HAVEN, CT 06512

THERMO ELECTRON NORTH AMERICA LLC
PO BOX 742775
ATLANTA, GA 30374-2775

TIGHE INDUSTRIAL SOLUTIONS
PO BOX 891
PRYOR, OK 74362

TIMBERLAKE and DICKSON
PO BOX 551667
DALLAS, TX 75355

TIMOTHY HUDGINS
4338 West Highway 117
Sapulpa, OK 74066

Tina Anderson
320 Redbud Court
Sand Springs, OK 74063

TRANE US INC
PO BOX 845053
DALLAS, TX 75284-5053

TRANSWORLD METALS
JOHN FINN
7740 BIG BEND COURT
SYLVANIA, OH 43560

TRAVELERS
98932 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-8932

TRISTAN SMITH
2666 North 390
LAMAR, OK 74850

TULCO OILS INC
PO BOX 100 Dept 1650
BIXBY, OK 74008-0100

TULSA CLEANING SYSTEMS
6691 STATE HIGHWAY 66
TULSA, OK 74131

```
TULSA WINNELSON CO
3015 West ALBANY ST
BROKEN ARROW, OK 74012-1104

UHS PREMIUM BILLING
PO BOX 94017
PALATINE, IL 60094-4017

UL LLC
75 REMITTANCE DRIVE Suite 1524
CHICAGO, IL 60675-1524

ULINECOM
PO BOX 88741
CHICAGO, IL 60680-1741

UNION PACIFIC RAILROAD
PO BOX 502453
SAINT LOUIS, MO 63150-2453

UNIVERSAL CONTROLS GROUP LTD
26202 GLENWOOD RD
PERRYSBURG, OH 43551

UNIVERSAL MOULDING CO LTD
1651 LANGAN AVENUE No 4
PORT COQUITLAM, BC V3C 1K6

UNIVERSALTUBI PROTECTORS USA LLC
5801 ARMOUR DRIVE
HOUSTON, TX 77020

UPS FREIGHT
PO BOX 650116
DALLAS, TX 75265-0116

VANTAGE CALIBRATIONS
2415 East SKELLY DRIVE Suite 102
TULSA, OK 74105

VENTURE TECHNICAL SALES and SERVICE INC
801 East JACKSON PLACE
BROKEN ARROW, OK 74012

Vickey Maxey
11520 North 180 Road
Okmulgee, OK 74447

VICTORY CHRISTIAN CENTER
7700 South LEWIS AVE
TULSA, OK 74136

WACHOB INDUSTRIES
```

WACHOB IRREVOCABLE TRUST
3378 West Highway 117
Sapulpa, OK 74066

WACHOB LEASING CO INC
3378 West HWY 117
SAPULPA, OK 74066

WACHOB OIL and GAS
3378 West HWY 117
SAPULPA, OK 74066

Wade Akamine
412 North Jackson
Fort Gibson, OK 74434

WASTE CONNECTIONS LONE STAR INC
PO BOX 679859
DALLAS, TX 75267-9859

WAZ SERVICE MACHINE INC
7738 LETTIE STREET
Houston, TX 77075

WELSCO INC
BOX 192
MAUMELLE, AR 72113

WHEELABRATOR GROUP
PO BOX 73987
CHICAGO, IL 60673-7987

WHITE STAR
PO BOX 847896
DALLAS, TX 75284-7896

Whitney Wachob Hudgins
4338 West Highway 117
Sapulpa, OK 74066

WICK PHILLIPS GOULD and MARTIN LLP
3131 MCKINNEY AVENUE Suite 500
DALLAS, TX 75204

WILLSCOT
PO BOX 91975
CHICAGO, IL 60693-1975

WILSDORF MANUFACTURING LLC
11409 East 130TH STREET SOUTH
BROKEN ARROW, OK 74011

WINZER
PO BOX 208933
DALLAS, TX 75320-8933

WISE CHOICE CRANE and CONTROLS LLC
2307 INDUSTRIAL RD
SAPULPA, OK 74067

WIT LEASING

WIT SERVICES

WORK HEALTH SOLUTIONS
PO BOX 35567
TULSA, OK 74153

XPEDITE SERVICES

XPEDITE SERVICES LLC

XPRESS WELLNESS LLC
701 CEDAR LAKE BLVD Suite 160
SUITE 160
Oklahoma City, OK 73114-7818

YELLOWHOUSE MACHINERY CO
1100 West WEKIWA ROAD
TULSA, OK 74063

# United States Bankruptcy Court
## Eastern District of Oklahoma

In re  **Paragon Industries, Inc.** _____  Case No. _____

_____ Debtor(s)  Chapter  **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Paragon Industries, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Paragon Intermediate Holdings, Inc.**

_____

☐ None [*Check if applicable*]

**May 21, 2025**
_____
Date

**/s/ Clayton D. Ketter**
_____
**Clayton D. Ketter 30611**

Signature of Attorney or Litigant
Counsel for  **Paragon Industries, Inc.**
_____
**Phillips Murrah P.C.**
**424 NW 10th Street, Suite 300**
**Oklahoma City, OK 73103**
**405.235.4100 Fax:405.235.4133**
**cdketter@phillipsmurrah.com**