## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| In re: | Case No: 25-80433-PRT |
| PARAGON INDUSTRIES, INC. | Chapter 11 |
| Debtor. | |

## <u>NOTICE OF CHANGE OF ADDRESS FOR A CREDITOR</u>

| Creditor Old Address | Creditor New Address |
|---|---|
| AM/NS Calvert, LLC<br>c/o ArcelorMittal Sales and Administration, LLC<br>833 West Lincoln Highway, Suite 200E<br>Schererville, Indiana 46375<br>Attn: David Pilat | ArcelorMittal Calvert, LLC<br>c/o ArcelorMittal Sales and Administration, LLC<br>833 West Lincoln Highway, Suite 200E<br>Schererville, Indiana 46375<br>Attn: David Pilat |

Dated: July 17, 2025

BENESCH, FRIEDLANDER,
    COPLAN & ARONOFF LLP

By: */s/ Elliot M. Smith*
  Elliot M. Smith (*pro hac vice*)
  Andrew G. Fiorella (*pro hac vice*)
  Vincent J. Michalec (*pro hac vice*)
  127 Public Square, Suite 4900
  Cleveland, Ohio 44114
  Telephone: (216) 363-4500
  Facsimile: (216) 363-4588
  Email: esmith@beneschlaw.com
     afiorella@beneschlaw.com
     vmichalec@beneschlaw.com

  Loren Scolaro (*pro hac vice*)
  1155 Avenue of the Americas, 26th Floor
  New York, New York 10036
  Telephone: (646) 593-7050
  Facsimile: (646) 755-3397
  Email: lscolaro@beneschlaw.com

27259992 v1

SaDella Duval D'Adrian (*pro hac vice*)
71 S. Wacker Drive, Suite 1600
Chicago, Illinois 60606
Telephone: (312) 212-4949
Facsimile: (312) 767-9192
Email:   sduval@beneschlaw.com

*Counsel to ArcelorMittal Calvert, LLC and*
*AM/NS Calvert Receivables, LLC*

### **Certificate of Mailing**

I hereby certify that I mailed a true and correct copy of the above and foregoing Change of Address by U.S. Mail, with proper postage prepaid and affixed thereto on the 17th day of July, 2025 to the, Trustee, Assistant U.S. Trustee, the Debtor and the Debtor's Attorney (if any).

*/s/ Elliot M. Smith*
Signature