**Dated: August 5, 2025**

**The following is ORDERED:**



*Paul R. Thomas*
PAUL R. THOMAS
UNITED STATES BANKRUPTCY JUDGE

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

IN RE:
PARAGON INDUSTRIES, INC.,            Case No. 25-80433-PRT
         Debtor.                           Chapter 11

### ORDER GRANTING APPLICATION OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO EMPLOY PROVINCE, LLC AS FINANCIAL ADVISOR

THIS MATTER comes before the Court pursuant to the Application of the Official Committee of Unsecured Creditors for Entry of an Order Authorizing and Approving the Employment of Province, LLC as Financial Advisor, Effective as of June 17, 2025 (the "Application"), filed on July 14, 2025, at ECF No. 282. The Application is approved effective June 17, 2025, subject to the following: (1) This order is not a determination that the services are necessary; (2) No determination is made that the person or entity being employed does not represent an adverse interest; and (3) No fee agreement between the applicant and the person or entity being employed is binding on the Court, including hourly rates and reimbursable expense categories. All issues relating to *nunc pro tunc* approval of fees and expenses incurred prior to the

filing of the Application are deferred to the time the Court considers a fee application in this matter.

Movant is responsible for giving notice to parties in interest as required by rule or statute.

###