# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| IN RE: | CASE NO. 25-80433-PRT |
|---|---|
| **PARAGON INDUSTRIES, INC.** | CHAPTER 11 |
| Debtor. | |

## WITNESS LIST

☒ **MOVANT CTAP, LLC and Sooner Pipe, L.L.C.** ☐ RESPONDENT _____

| DATE OF HEARING: August 13, 2025 | | OPERATOR | | | | PAGE NO. |
|---|---|---|---|---|---|---|
| **Witness No.** | **NAME AND ADDRESS (Brief Description of Testimony)** | Direct | Cross | Redir | Recross | Judge |
| 1 | Derek Wachob, President of Debtor<br>c/o Phillips Murrah PC<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, OK 73103<br><br>Will testify regarding the facts and circumstances surrounding the pending Motions to Appoint Chapter 11 Trustee filed by CTAP and Byline Bank, including the Debtor's failure to timely file case opening documents, as well as the pending Application to Employ David Payne as Chief Restructuring Officer | | | | | |
| 2 | David Payne, Proposed Chief Restructuring Officer<br>c/o Phillips Murrah PC<br>424 N.W. 10th St., Suite 300<br>Oklahoma City, OK 73103<br><br>Will testify regarding the facts and circumstances surrounding the pending Motions to Appoint Chapter 11 Trustee filed by CTAP and Byline Bank, including the Debtor's failure to timely file case opening documents, as well as the pending Application to Employ David Payne as Chief Restructuring Officer | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Kyle Lamb, Corp. Rep. for CTAP<br>c/o Porter Hedges LLP<br>1000 Main Street, 36th Floor<br>Houston, TX 77002<br><br>Will testify regarding the facts and circumstances surrounding CTAP's Joinder to Byline Bank's Motion to Appoint Chapter 11 Trustee | | | | | |
| | Any witness needed to identify or authenticate any record or document | | | | | |
| | Any witness identified by any other party and not objected to by CTAP or to which any objection by CTAP has been withdrawn or waived | | | | | |
| | Any witness necessary for rebuttal | | | | | |

Dated: August 6, 2025

Respectfully submitted,

PORTER HEDGES LLP

*/s/ Eric M. English*
Eric M. English (*pro hac vice*)
Stephen H. Lee (*pro hac vice*)
Megan Young-John (*pro hac vice*)
Lakshmi N. Kumar (*pro hac vice*)
1000 Main Street, 36th Floor
Houston, TX 77002
Telephone: (713) 226-6000
Facsimile: (713) 226-6225
eenglish@porterhedges.com
slee@porterhedges.com
myoung-john@porterhedges.com
lkumar@porterhedges.com

Victor F. Albert, OBA #12069
Heath T. Albert, OBA #34603
PORTER HEDGES LLP
5520 N. Francis Avenue
Oklahoma City, OK 73118
Telephone: (405) 254-5729
Facsimile: (405) 232-5553
valbert@porterhedges.com
halbert@porterhedges.com

*Counsel to CTAP, LLC and Sooner Pipe, L.L.C.*